

# THE ATTORNEY GENERAL
## OF TEXAS

GERALD C. MANN

AUSTIN 11, TEXAS

ATTORNEY GENERAL

Honorable Frank X. Vance
County Attorney
Medina County
Hondo, Texas

Dear Sir:

Opinion Number O-1731
Re: Whether or not there is legal
authority requiring only a
majority vote cast in favor
of bond issue to carry elec-
tion for issuance of bonds.

   Your letter of November twenty-second, requesting
an opinion of this department on the above question, has been
received.  We quote from your letter as follows:

   "Within a few days there will be a Commissioners'
Precinct bond election to decide whether that precinct
can issue bonds (tax bonds) for the purpose of improv-
ing lateral roads, to build a new bridge and buy the
necessary right-of-way to straighten out Highway No. 90
through the Town of Castroville.  It is doubtful if there
will be two-thirds of the votes cast in favor of the bonds
but everyone feels confident that a majority of the votes
cast will be in favor of the bonds.

   "Would you advise if there is legal authority re-
quiring only a majority of votes cast in favor of such
a bond issue of this nature to carry the election in
favor of issuing the bonds?  It seems that under Article
752a through 752h, a two-thirds majority is necessary."

   The statutory authority for the issuance of road bonds
is found under Title 22, Chapter 3, of the Revised Civil Statutes
of Texas.

   Article 752h, reads as follows:

   "If at such election two-thirds of the property tax-
paying voters, voting at such election, cast their ballots
in favor of the issuance of bonds, the Commissioners' Court
shall, as soon thereafter as practicable, issue said bonds
on the faith and credit of said county, or political sub-
division or road district, as the case may be."

   Trusting that the above satisfactorily answers your in-
quiry, we are

        Very truly yours

COB-s/amm        ATTORNEY GENERAL OF TEXAS

APPROVED Dec.7,1939    By (Signed) CLAUD O. BOOTHMAN,Assistant
s/ GERALD C. MANN
ATTORNEY GENERAL OF TEXAS